Constance Patricia EDWARDS, Movant,

v.

George Patrick EDWARDS, Respondent.

Supreme Court of Kentucky.

Feb. 6, 1979.

Quinn F. Pearl, Jr., Pearl, Pearl & Pearl, Radcliff, for movant.

Jon E. Rickert, Elizabethtown, for respondent.

## OPINION AND ORDER

The motion of Constance Patricia Edwards for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered September 29, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Moore v. Moore,* Ky., 577 S.W.2d 613 (1979).

All concur.